UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Federal Trade Commission<br><br>Petitioner,<br><br>v.<br><br>Nexway, Inc.<br>a corporation,<br><br>Respondent. | Case No. _____<br><br>PROPOSED ORDER TO SHOW CAUSE |

Petitioner, the Federal Trade Commission ("Commission"), under the authority conferred by Section 20 of the FTC Act, 15 U.S.C. § 57b-1 and Fed. R. Civ. P. 81(a)(5), has invoked the aid of this Court for an order requiring Nexway to comply with a civil investigative demand ("CID"), issued to Respondent on January 28, 2020, in aid of a Commission law enforcement investigation. The Court has considered the Commission's Petition to Enforce Civil Investigative Demand ("Petition") and the papers filed in support thereof; and it appears to the Court that the Commission has shown good cause for the entry of this Order.

It is ORDERED that, Respondent shall appear at \_\_:\_\_ a.m./p.m. on the \_\_\_\_ day of _____, 2021, for a hearing conducted remotely via video or telephone conference in Courtroom No. \_\_\_\_ of the United States Courthouse for the District of Columbia, in Washington, D.C., and show cause, if any there be, why this Court should not enter an order that Nexway has waived any right to claim the attorney-client privilege related to any communications with or documents provided to Mr. Von Kroog produced to the FTC in response

to the CID, or in the alternative; and, waiver aside, no attorney-client privilege applies to Nexway's communications with juriste Oliver Von Kroog; and therefore there is no restriction of the FTC using documents produced by Nexway in response to the CID;

OR, IN THE ALTERNATIVE, the Respondent must provide a privilege log in compliance with the requirements of the CID, to be followed by expedited briefing regarding the validity of any Nexway privilege claims, including in camera review of the documents, if necessary.

Unless the Court determines otherwise, notwithstanding the filing or pending of any procedural or other motions, all issues raised by the Commission's Petition and supporting papers, and any opposition to the Petition will be considered at the hearing on the Petition, and the allegations of said Petition shall be deemed admitted unless controverted by a specific factual showing; and

IT IS FURTHER ORDERED that if Respondent intends to file pleadings, affidavits, exhibits, motions or other papers in opposition to said Petition or to the entry of the Order requested therein, such papers must be filed with the Court and received by Petitioner's counsel by the _____ day of _____, 2021.

Any reply by the Commission to an opposition filed by Respondent shall be filed with the Court and received by Respondent's counsel by the _____ day of _____, 2021; and

IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 81(a)(5) and 26(a)(l)(B)(v), this is a summary proceeding and no party shall be entitled to discovery without further order of the Court upon a specific showing of need; and that the dates for a hearing and the filing of papers established by this Order shall not be altered without prior order of the Court

upon good cause shown; and

      IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 81(a)(5) and its 1946 Advisory Committee note, a copy of this Order and copies of said Petition and exhibits filed therewith, shall be served forthwith by Petitioner upon Respondent and/or his counsel, using as expeditious means as practicable.

SO ORDERED, this ___ day of _____ 2021.

_____

United States District Judge